IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAY ROMAIN BOYCE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-0698 |
| | : | |
| **DETECTIVE THOMAS CORSANICO,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 11th day of January 2024, upon consideration of Jay Romain Boyce's *pro se* Amended Complaint (ECF No. 3), and Motion to Appoint Counsel (ECF No. 18), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, Boyce's claims against the Mount Laurel Police Department are **DISMISSED WITH PREJUDICE** and the remaining claim in his Amended Complaint are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Boyce filing a new case only in the event his underlying convictions are reversed, vacated, or otherwise invalidated.

2. Boyce's Motion to Appoint Counsel is **DENIED AS MOOT**.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ John Milton Younge*
**JOHN M. YOUNGE, J.**